**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8484 Wilshire Blvd., Suite 700
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant SHUSHANIK MARTIROSYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No. 2:08-cr-00427 MCE** |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | SENTENCING |
| ) | |
| SHUSHANIK MARTIROSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the parties' stipulation, IT IS ORDERED that the sentencing of defendant SHUSHANIK MARTIROSYAN, is continued from July 21, 2011 9:00 a.m. to October 13, 2011 at 9:00 a.m.

Dated: July 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1