1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   JEAN M. HOBLER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   The United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  2:08-CR-427 MCE

13                  Plaintiff,             STIPULATION AND PROPOSED ORDER TO
                                           CONTINUE SENTENCING OF SHUSHANIK
14              v.                         MARTIROSYAN

15  SHUSHANIK MARTIROSYAN,

16                  Defendant.

17

18        As the Court is aware, the sentencing for a number of defendants in this case has been repeatedly

19  continued due to cooperation agreements and the trial of the remaining defendant, Emilio Cruz, which was

20  set for November 2013.  On September 12, 2013, Cruz pleaded guilty and trial was vacated.  This

21  development was sudden, and while there is no remaining impediment to sentencing defendant Martirosyan

22  (or the other defendants) the parties wish more time than the current date provides to address lingering issues

23  in advance of sentencing.  The parties, however, consider the proposed new date to be firm.

24  ///

25  ///

26  ///

27  ///

28  ///

                                           1

1    For that reason, IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES, through their

2  counsel of record, that the Judgment and Sentencing scheduled for September 26, 2013 at 9:00 a.m. be

3  continued to October 24, 2013 at 9:00 a.m. in the same courtroom.

4

5  Dated:  September 17, 2013                                    BENJAMIN B. WAGNER
                                                                United States Attorney

6

7                                                               /s/ Jean M. Hobler
                                                                JEAN M. HOBLER
8                                                               Assistant United States Attorney

9  Dated:  September 17, 2013

10                                                              /s/ Daniel V. Behesnilian
                                                                DANIEL V. BEHESNILIAN
                                                                Counsel for Defendant
11                                                              SHUSHANIK MARTIROSYAN
                                                                (authorized Sept. 17, 2013)
12
                                                        **ORDER**
13
       IT IS SO ORDERED.
14
   Dated:  September 23, 2013
15

16

17                                         _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28